IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JAMIE ARNOLD and CLINTON FEGER, Individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRECTV, INC. d/b/a DIRECTV HOME SERVICES and DTV HOME SERVICES II, LLC,**<br><br>Defendants. | Case No.  4:10-CV-00352-AGF |

## DEFENDANTS' MOTION TO DISMISS OR STAY IN FAVOR OF PRIOR LITIGATION

COME NOW Defendants, DIRECTV, Inc. and DTV Home Services II, LLC, and move this Court to dismiss Plaintiffs' First Amended Complaint without prejudice, or in the alternative stay this litigation, under the first-filed rule in favor of litigation currently pending in the United States District Court for the Eastern District of Louisiana styled *Lang et al. v. DIRECTV, Inc., et al.*, Case No. 2:10-cv-01085. Defendants are filing simultaneously herewith a memorandum in support of the instant Motion.

Respectfully submitted,

/s/ Patricia J. Martin
Kimberly A. Yates #102099
Patricia J. Martin #518160
LITTLER MENDELSON
A Professional Corporation
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO  63102
Telephone: 314.659.2000
Facsimile: 314.659.2099
kyates@littler.com
pmartin@littler.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Bradford B. Lear and Todd C. Wertz, Lear Wertz LLP, 2003 West Broadway, Columbia, Missouri 65203, and George A. Hanson, Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64112, Attorneys for Plaintiff.

/s/ Patricia J. Martin

Firmwide:97150694.1 044840.1083