UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE ARNOLD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV- 352-JAR |
| | ) | |
| DIRECTTV, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Vacate the Court's Order Referring Case to Alternative Dispute Resolution (ECF No. 99) is **GRANTED**, in part, and the Court hereby delays referral of this case to ADR until such time as the Court determines.

Dated this 13th day of December, 2011.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE