UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE ARNOLD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV- 352-JAR |
| | ) | |
| DIRECTTV, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Pursuant to Plaintiffs' request for oral argument, Plaintiffs' Motion for Conditional Collective Action Certification [ECF No. 70] is set for hearing on June 1, 2012 at 9:30 a.m. in Courtroom 12N. Parties are given thirty (30) minutes for argument.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2012.

1