**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMIE ARNOLD and CLINTON FEGER, individually and on behalf of all others similarly situated,     ) ) ) ) | |
| Plaintiffs,     ) ) | |
| vs.     ) ) | Case No. 4:10-CV-00352-JAR |
| DIRECTV, LLC d/b/a/ DIRECTV Home Services and DTV Home Services II, LLC,     ) ) ) ) | |
| Defendant.     ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on Defendant's Motion for Sanctions for Plaintiffs' Failure to Appear at their Properly Noticed Depositions (Doc. No. 294) and Defendant's First Supplement to its Motion for Sanctions. (Doc. No. 301) DirecTV moves the Court to dismiss with prejudice Plaintiffs Miguel Almendares, Jerry Cook, Jr., Richard Davidson, Kelvin Forster, John Lindsay, Casey Maltos, Michael Scott, Andrew Sinclair, and Daradeth Siratsamay from this action as a sanction for failing to appear at their properly-noticed depositions. Alternatively, DirecTV requests the Court order each of the above Plaintiffs to appear for a properly-noticed deposition or be dismissed with prejudice. In accordance with the rulings made on the record on December 17, 2015,

**IT IS HEREBY ORDERED** that Defendant's Motion for Sanctions [294] is **GRANTED** in part. The nine Plaintiffs identified above are ordered to appear for properly-noticed depositions. If any Plaintiff fails to appear, then his claims will be dismissed with prejudice.

1

Dated this 21st day of December, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**