# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE ARNOLD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:10-CV-00352 JAR |
| | ) |
| DIRECTV, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order Approving Settlement filed this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this cause of action is **DISMISSED** with prejudice.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**